## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF MARYLAND

In re: DALE'S AUTO CARE, INC. § Case No. 95-5-3225-JS
§
§
Debtor(s) §

### CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

MARC H. BAER, TRUSTEE, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned: $14,708.60 *(without deducting any secured claims)* | Assets Exempt: $0.00 |
| Total Distribution to Claimants: $48,624.49 | Claims Discharged Without Payment: $14,649.08 |
| Total Expenses of Administration: $61,138.05 | |

3) Total gross receipts of $ 109,766.20 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $ 3.66 (see **Exhibit 2**), yielded net receipts of $109,762.54 from the liquidation of the property of the estate, which was distributed as follows:

UST Form 101-7-TDR (10/1/2010)

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $0.00 | $0.00 | $0.00 | $0.00 |
| PRIORITY CLAIMS: |  |  |  |  |
| CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | 0.00 | 61,144.13 | 61,138.05 | 61,138.05 |
| PRIOR CHAPTER ADMIN. FFES AND CHARGES (from**Exhibit 5**) | 0.00 | 0.00 | 0.00 | 0.00 |
| PRIORITY UNSECURED CLAIMS (from**Exhibit 6**) | 3,301.93 | 33,312.52 | 10,615.22 | 10,615.22 |
| GENERAL UNSECURED CLAIMS (from**Exhibit 7**) | 29,202.56 | 38,009.27 | 38,009.27 | 38,009.27 |
| **TOTAL DISBURSEMENTS** | $32,504.49 | $132,465.92 | $109,762.54 | $109,762.54 |

    4) This case was originally filed under Chapter 7 on May 05, 1995. The case was pending for 187 months.

    5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

    6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

    Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: _12/08/2010_____    By: _/s/MARC H. BAER, TRUSTEE_____
                                        Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. §1320.4(a)(2) applies.

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 − GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| CASH ON HAND | 1129-000 | 1,430.00 |
| BANK ACCOUNTS | 1129-000 | 836.41 |
| INVENTORY | 1129-000 | 3,200.00 |
| EXXON CLASS ACTION SETTLEMENT | 1249-000 | 103,786.04 |
| TAX REFUNDS | 1224-000 | 286.77 |
| Interest Income | 1270-000 | 226.98 |
| **TOTAL GROSS RECEIPTS** | | **$109,766.20** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 − FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| U.S. Bankruptcy Court | COMBINED SMALL CHECK | 8200-000 | 3.66 |
| **TOTAL FUNDS PAID TO DEBTOR AND THIRD PARTIES** | | | **$3.66** |

## EXHIBIT 3 − SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | | | None | | | |
| **TOTAL SECURED CLAIMS** | | | $0.00 | $0.00 | $0.00 | $0.00 |

**UST Form 101-7-TDR (10/1/2010)**

## EXHIBIT 4 − CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| CLERK U.S. BANKRUPTCY COURT | 2700-000 | N/A | 260.00 | 260.00 | 260.00 |
| CAPLAN & CO., P.A. | 3410-000 | N/A | 4,410.00 | 4,410.00 | 4,410.00 |
| MARC H. BAER, ESQ. | 3110-000 | N/A | 1,948.50 | 1,948.50 | 1,948.50 |
| MARC H. BAER, TRUSTEE | 2100-000 | N/A | 8,738.31 | 8,732.23 | 8,732.23 |
| MARC H. BAER, TRUSTEE | 2200-000 | N/A | 321.17 | 321.17 | 321.17 |
| NATIONAL RECOVERY SERVICE | 3991-320 | N/A | 31,894.45 | 31,894.45 | 31,894.45 |
| CHASE BANK | 2810-000 | N/A | 3.35 | 3.35 | 3.35 |
| DEPARTMENT OF THE TREASURY | 2810-000 | N/A | 9,180.00 | 9,180.00 | 9,180.00 |
| COMPTROLLER OF MARYLAND | 2820-000 | N/A | 3,881.00 | 3,881.00 | 3,881.00 |
| JPMORGAN CHASE BANK, N.A. | 2810-000 | N/A | -3.35 | -3.35 | -3.35 |
| MRSC INSURANCE PARTNERS, LLC | 2300-000 | N/A | 68.71 | 68.71 | 68.71 |
| INFO AMERIQUEST | 2990-000 | N/A | 27.00 | 27.00 | 27.00 |
| CATON-WILKENS MINI STORAGE | 2410-000 | N/A | 91.00 | 91.00 | 91.00 |
| CATON WILKENS MINI-STORAGE | 2410-000 | N/A | 95.00 | 95.00 | 95.00 |
| INFO AMERIQUEST | 2990-000 | N/A | 36.00 | 36.00 | 36.00 |
| CATON WILKENS MINI STORAGE | 2410-000 | N/A | 95.00 | 95.00 | 95.00 |
| CATON-WILKENS MINI STORAGE | 2410-000 | N/A | 95.00 | 95.00 | 95.00 |
| RUSSELL-MASSEY & CO. | 2300-000 | N/A | 2.99 | 2.99 | 2.99 |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | N/A | 61,144.13 | 61,138.05 | 61,138.05 |

## EXHIBIT 5 − PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| None | | | | | |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | N/A | 0.00 | 0.00 | 0.00 |

**UST Form 101-7-TDR (10/1/2010)**

## EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | INTERNAL REVENUE SERVICE | 5800-000 | N/A | 20,948.18 | 720.90 | 720.90 |
| 2 | INTERNAL REVENUE SERVICE | 5800-000 | N/A | 2,470.02 | 0.00 | 0.00 |
| 3 | MARYLAND DEED | 5800-000 | 882.49 | 1,696.59 | 1,696.59 | 1,696.59 |
| 5 | COMPTROLLER OF THE TREASURY | 5800-000 | 2,419.44 | 8,197.73 | 8,197.73 | 8,197.73 |
| 17 | INTERNAL REVENUE SERVICE | 5800-000 | N/A | N/A | 0.00 | 0.00 |
| **TOTAL PRIORITY UNSECURED CLAIMS** | | | 3,301.93 | 33,312.52 | 10,615.22 | 10,615.22 |

## EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 3I | MARYLAND DEED | 7990-000 | 0.00 | 1,623.88 | 1,623.88 | 1,623.88 |
| 4 | CLERK, US BANKRUPTCY COURT - EXXON COMPANY USA | 7100-001 | 10,870.71 | 7,753.24 | 7,753.24 | 7,753.24 |
| 4I | CLERK, US BANKRUPTCY COURT - EXXON COMPANY USA | 7990-001 | 0.00 | 7,420.94 | 7,420.94 | 7,420.94 |
| 5I | COMPTROLLER OF THE TREASURY | 7990-000 | 0.00 | 7,846.38 | 7,846.38 | 7,846.38 |
| 6 | COMPTROLLER OF THE TREASURY | 7300-000 | N/A | 780.09 | 780.09 | 780.09 |
| 6I | COMPTROLLER OF THE TREASURY | 7990-000 | N/A | 746.66 | 746.66 | 746.66 |
| 7 | THE GEORGE FALTER CO. | 7100-000 | 1,434.44 | 1,434.44 | 1,434.44 | 1,434.44 |
| 7I | THE GEORGE FALTER CO. | 7990-000 | 0.00 | 1,372.96 | 1,372.96 | 1,372.96 |
| 8 | ALGER ELECTRIC, INC | 7100-000 | 167.16 | 167.16 | 167.16 | 167.16 |
| 8I | ALGER ELECTRIC, INC | 7990-000 | 0.00 | 160.00 | 160.00 | 160.00 |
| 9 | HARBOR LEASING ASSOC. | 7100-000 | N/A | 885.49 | 885.49 | 885.49 |
| 9I | HARBOR LEASING ASSOC. | 7990-000 | N/A | 847.54 | 847.54 | 847.54 |
| 10 | CAPLAN BROTHERS, INC. | 7100-000 | 632.28 | 1,875.68 | 1,875.68 | 1,875.68 |
| 10I | CAPLAN BROTHERS, INC. | 7990-000 | 0.00 | 1,795.29 | 1,795.29 | 1,795.29 |
| 11 | SAFTY-KLEEN, INC. | 7100-000 | 279.09 | 516.09 | 516.09 | 516.09 |
| 11I | SAFTY-KLEEN, INC. | 7990-000 | 0.00 | 493.97 | 493.97 | 493.97 |
| 12 | R. H. SNOWMAN & SONS, INC. | 7200-000 | 1,169.80 | 1,169.80 | 1,169.80 | 1,169.80 |
| 12I | R. H. SNOWMAN & SONS, INC. | 7990-000 | 0.00 | 1,119.66 | 1,119.66 | 1,119.66 |
| NOTFILED | JEFF COOK | 7100-000 | 5,000.00 | N/A | N/A | 0.00 |

**UST Form 101-7-TDR (10/1/2010)**

| NOTFILED | WARTHEN FUEL OIL CO., INC | 7100-000 | 351.10 | N/A | N/A | 0.00 |
|---|---|---|---|---|---|---|
| NOTFILED | WESTWAY AUTO, INC. | 7100-000 | 1,699.80 | N/A | N/A | 0.00 |
| NOTFILED | MR&S | 7100-000 | 630.00 | N/A | N/A | 0.00 |
| NOTFILED | VERONA HANN | 7100-000 | 1,350.00 | N/A | N/A | 0.00 |
| NOTFILED | KLAUSMEYER TIRES, INC | 7100-000 | 4,943.68 | N/A | N/A | 0.00 |
| NOTFILED | HILTON FLOWER SHOP | 7100-000 | 124.50 | N/A | N/A | 0.00 |
| NOTFILED | EASTERN SELF STORAGE | 7100-000 | 550.00 | N/A | N/A | 0.00 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | 29,202.56 | 38,009.27 | 38,009.27 | 38,009.27 |

**UST Form 101-7-TDR (10/1/2010)**

## Form 1

### Individual Estate Property Record and Report
### Asset Cases

**Case Number:** 95-5-3225-JS  **Trustee:** (400090)  MARC H. BAER, TRUSTEE
**Case Name:** DALE'S AUTO CARE, INC.  **Filed (f) or Converted (c):** 05/05/95 (f)
  **§341(a) Meeting Date:** 06/09/95
**Period Ending:** 12/08/10  **Claims Bar Date:** 10/12/95

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| **Asset Description** (Scheduled And Unscheduled (u) Property) **Ref. #** | **Petition/ Unscheduled Values** | **Estimated Net Value** (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | **Property Abandoned** OA=§554(a) DA=§554(c) | **Sale/Funds Received by the Estate** | **Asset Fully Administered (FA)/ Gross Value of Remaining Assets** |
| 1  CASH ON HAND | 2,000.00 | 2,000.00 | DA | 1,430.00 | FA |
| 2  BANK ACCOUNTS | 20.00 | 20.00 | DA | 836.41 | FA |
| 3  ACCOUNTS RECEIVABLE | 708.60 | 56.00 | DA | 0.00 | FA |
| 4  OFFICE EQUIPMENT, FURNISHINGS, AND SUPPLIES    INCLUDED AS PART OF SALE OF PROP. NO. 6 | 1,245.00 | 1,245.00 | DA | 0.00 | FA |
| 5  MACHINERY, FIXTURES, AND BUSINESS EQUIPMENT    INCLUDED AS PART OF SALE OF PROP. NO. 6 | 7,235.00 | 7,235.00 | DA | 0.00 | FA |
| 6  INVENTORY | 3,500.00 | 3,500.00 | DA | 3,200.00 | FA |
| 7  EXXON CLASS ACTION SETTLEMENT  (u) | 0.00 | 0.00 | | 103,786.04 | FA |
| 8  TAX REFUNDS  (u) | 0.00 | 0.00 | | 286.77 | FA |
| Int  INTEREST  (u) | Unknown | N/A | | 226.98 | Unknown |
| 9  Assets  Totals (Excluding unknown values) | **$14,708.60** | **$14,056.00** | | **$109,766.20** | **$0.00** |

**Major Activities Affecting Case Closing:**

Receipt of reserve check from class action settlement, final tax returns & draft final report

**Initial Projected Date Of Final Report (TFR):**    December 31, 2008    **Current Projected Date Of Final Report (TFR):**    June 30, 2010

Exhibit 9

## Form 2

### Cash Receipts And Disbursements Record

Page: 1

**Case Number:** 95-5-3225-JS  
**Case Name:** DALE'S AUTO CARE, INC.  

**Taxpayer ID #:** **-***8239  
**Period Ending:** 12/08/10  

**Trustee:** MARC H. BAER, TRUSTEE (400090)  
**Bank Name:** JPMORGAN CHASE BANK, N.A.  
**Account:** ***-*****28-65 - MONEY MARKET ACCOUNT  
**Blanket Bond:** $2,000,000.00   (per case limit)  
**Separate Bond:** N/A  

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Money Market<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 06/15/95 | {1} | OREN SALTZMAN, ESQ. | | 1129-000 | 1,430.00 | | 1,430.00 |
| 06/23/95 | 101 | INFO AMERIQUEST | ORDER #03019706 | 2990-000 | | 27.00 | 1,403.00 |
| 06/28/95 | 102 | CATON-WILKENS MINI STORAGE | STORAGE FEES 7/1/95-7/31/95 | 2410-000 | | 91.00 | 1,312.00 |
| 06/30/95 | Int | CHEMICAL BANK | INTEREST POSTING FROM BANK ON 06/30/95 | 1270-000 | 1.07 | | 1,313.07 |
| 07/28/95 | 103 | CATON WILKENS MINI-STORAGE | STORAGE FEES 8/1/95-8/31/95 | 2410-000 | | 95.00 | 1,218.07 |
| 07/31/95 | Int | CHEMICAL BANK | INTEREST POSTING FROM BANK ON 07/31/95 | 1270-000 | 3.39 | | 1,221.46 |
| 08/09/95 | {2} | ARUNDEL FEDERAL SAVINGS BANK | | 1129-000 | 10.06 | | 1,231.52 |
| 08/24/95 | 104 | INFO AMERIQUEST | | 2990-000 | | 36.00 | 1,195.52 |
| 08/28/95 | 105 | CATON WILKENS MINI STORAGE | STORAGE FEES 9/1-95-9/30/95 | 2410-000 | | 95.00 | 1,100.52 |
| 08/31/95 | Int | CHEMICAL BANK | INTEREST POSTING FROM BANK ON 08/31/95 | 1270-000 | 3.07 | | 1,103.59 |
| 09/19/95 | {6} | DALE COOK | | 1129-000 | 250.00 | | 1,353.59 |
| 09/29/95 | Int | CHEMICAL BANK | INTEREST POSTING FROM BANK ON 09/29/95 | 1270-000 | 2.89 | | 1,356.48 |
| 09/29/95 | 106 | CATON-WILKENS MINI STORAGE | STORAGE 10/1/95-10/31/95 | 2410-000 | | 95.00 | 1,261.48 |
| 10/13/95 | {2} | SIGNET BANK | | 1129-000 | 826.35 | | 2,087.83 |
| 10/27/95 | {6} | DALE COOK | | 1129-000 | 2,950.00 | | 5,037.83 |
| 10/31/95 | Int | CHEMICAL BANK | INTEREST POSTING FROM BANK ON 10/31/95 | 1270-000 | 4.29 | | 5,042.12 |
| 11/30/95 | Int | CHEMICAL BANK | INTEREST POSTING FROM BANK ON 11/30/95 | 1270-000 | 12.03 | | 5,054.15 |
| 12/29/95 | Int | CHEMICAL BANK | Interest posting at 2.9% | 1270-000 | 12.46 | | 5,066.61 |
| 01/31/96 | Int | CHEMICAL BANK | Interest posting at 2.75% | 1270-000 | 11.98 | | 5,078.59 |
| 02/20/96 | 107 | RUSSELL-MASSEY & CO. | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 02/20/96 FOR CASE #95-5-3225-JS | 2300-000 | | 2.99 | 5,075.60 |
| 02/29/96 | Int | CHEMICAL BANK | Interest posting at 2.6% | 1270-000 | 10.58 | | 5,086.18 |
| 03/23/96 | Int | CHEMICAL BANK | INTEREST POSTING CURRENT INTEREST RATE IS 2.6000% | 1270-000 | 8.68 | | 5,094.86 |
| 03/23/96 | | To Account #********2866 | MONEY MARKET CLOSE-OUT | 9999-000 | | 5,094.86 | 0.00 |
| | | | ACCOUNT TOTALS | | 5,536.85 | 5,536.85 | $0.00 |
| | | | Less: Bank Transfers | | 0.00 | 5,094.86 | |
| | | | Subtotal | | 5,536.85 | 441.99 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | NET Receipts / Disbursements | | $5,536.85 | $441.99 | |

{} Asset reference(s)

Printed: 12/08/2010 09:12 AM     V.12.54

## Form 2

Page: 2

## Cash Receipts And Disbursements Record

| Case Number: | 95-5-3225-JS | Trustee: | MARC H. BAER, TRUSTEE (400090) |
|---|---|---|---|
| Case Name: | DALE'S AUTO CARE, INC. | Bank Name: | JPMORGAN CHASE BANK, N.A. |
| | | Account: | ***-*****28-66 - CHECKING ACCOUNT |
| Taxpayer ID #: | **-***8239 | Blanket Bond: | $2,000,000.00   (per case limit) |
| Period Ending: | 12/08/10 | Separate Bond: | N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Checking Account Balance |
| 03/23/96 | | From Account #********2865 | MONEY MARKET CLOSE-OUT | 9999-000 | 5,094.86 | | 5,094.86 |
| 05/21/96 | 101 | MARC H. BAER, TRUSTEE | DIVIDEND PAID: 100.00% ON $1,303.69 TRUSTEE'S COMMISSION | 2100-000 | | 1,303.69 | 3,791.17 |
| 05/21/96 | 102 | MARC H. BAER, TRUSTEE | DIVIDEND PAID: 100.00% ON $156.77 TRUSTEE'S EXPENSES | 2200-000 | | 156.77 | 3,634.40 |
| 05/21/96 | 103 | MARC H. BAER, ESQ. | DIVIDEND PAID: 100.00% ON $1,948.50 ATTORNEY'S FEES | 3110-000 | | 1,948.50 | 1,685.90 |
| 05/21/96 | 104 | CAPLAN & CO., P.A. | DIVIDEND PAID: 100.00% ON $965.00 ACCOUNTANT'S FEE | 3410-000 | | 965.00 | 720.90 |
| 05/21/96 | 105 | INTERNAL REVENUE SERVICE | DIVIDEND PAID: 3.44% ON $20,948.18 CLAIM #00000001, $20,948.18 FILED | 5800-000 | | 720.90 | 0.00 |
| | | | ACCOUNT TOTALS | | 5,094.86 | 5,094.86 | $0.00 |
| | | | Less: Bank Transfers | | 5,094.86 | 0.00 | |
| | | | Subtotal | | 0.00 | 5,094.86 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | NET Receipts / Disbursements | | $0.00 | $5,094.86 | |

{} Asset reference(s)

Printed: 12/08/2010 09:12 AM    V.12.54

Exhibit 9

## Form 2

Page: 3

## Cash Receipts And Disbursements Record

| Case Number: | 95-5-3225-JS | Trustee: | MARC H. BAER, TRUSTEE (400090) |
|---|---|---|---|
| Case Name: | DALE'S AUTO CARE, INC. | Bank Name: | JPMORGAN CHASE BANK, N.A. |
| | | Account: | ***-*****28-67 - Money Market Account |
| Taxpayer ID #: | **-***8239 | Blanket Bond: | $2,000,000.00  (per case limit) |
| Period Ending: | 12/08/10 | Separate Bond: | N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Money Market Account Balance |
| 04/11/08 | {7} | ALLAPATTAH DFC CLASS ACTION SETTLEMENT FUND | CLASS ACTION SETTLEMENT PROCEEDS | 1249-000 | 95,684.32 | | 95,684.32 |
| 04/30/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1700% | 1270-000 | 7.11 | | 95,691.43 |
| 05/30/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1500% | 1270-000 | 11.98 | | 95,703.41 |
| 05/30/08 | | CHASE BANK | Federal Withholding | 2810-000 | | 3.35 | 95,700.06 |
| 06/11/08 | | JPMORGAN CHASE BANK, N.A. | Backup Withholding posting | 2810-000 | | -3.35 | 95,703.41 |
| 06/16/08 | 1001 | DEPARTMENT OF THE TREASURY | 2008 FEDERAL TAXES | 2810-000 | | 9,180.00 | 86,523.41 |
| 06/16/08 | 1002 | COMPTROLLER OF MARYLAND | 2008 STATE TAXES | 2820-000 | | 3,881.00 | 82,642.41 |
| 06/30/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1500% | 1270-000 | 12.16 | | 82,654.57 |
| 07/31/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1500% | 1270-000 | 10.93 | | 82,665.50 |
| 08/29/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1500% | 1270-000 | 9.82 | | 82,675.32 |
| 09/30/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1500% | 1270-000 | 10.84 | | 82,686.16 |
| 10/31/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1200% | 1270-000 | 9.01 | | 82,695.17 |
| 11/28/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1000% | 1270-000 | 6.50 | | 82,701.67 |
| 12/31/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 5.86 | | 82,707.53 |
| 01/30/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 3.37 | | 82,710.90 |
| 02/27/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 3.14 | | 82,714.04 |
| 03/31/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 3.59 | | 82,717.63 |
| 04/30/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 3.37 | | 82,721.00 |
| 05/29/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 3.26 | | 82,724.26 |
| 06/30/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 3.60 | | 82,727.86 |
| 07/31/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 3.48 | | 82,731.34 |
| 08/31/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 3.48 | | 82,734.82 |
| 09/30/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 3.37 | | 82,738.19 |
| 10/30/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 3.37 | | 82,741.56 |
| 11/20/09 | {8} | UNITED STAES TREASURY | TAX REFUND | 1224-000 | 286.77 | | 83,028.33 |
| 11/30/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 3.49 | | 83,031.82 |
| 12/31/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 3.50 | | 83,035.32 |
| 01/29/10 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 3.27 | | 83,038.59 |
| 02/26/10 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 3.16 | | 83,041.75 |
| 03/02/10 | Int | JPMORGAN CHASE BANK, N.A. | Current Interest Rate is 0.0500% | 1270-000 | 0.33 | | 83,042.08 |
| 03/02/10 | | Wire out to BNYM account 9200******2867 | Wire out to BNYM account 9200******2867 | 9999-000 | -83,042.08 | | 0.00 |

Subtotals :  $13,061.00   $13,061.00

{} Asset reference(s)

Printed: 12/08/2010 09:12 AM   V.12.54

Exhibit 9

# Form 2

## Cash Receipts And Disbursements Record

Page: 4

**Case Number:** 95-5-3225-JS  
**Case Name:** DALE'S AUTO CARE, INC.  
**Taxpayer ID #:** **-***8239  
**Period Ending:** 12/08/10

**Trustee:** MARC H. BAER, TRUSTEE (400090)  
**Bank Name:** JPMORGAN CHASE BANK, N.A.  
**Account:** ***-*****28-67 - Money Market Account  
**Blanket Bond:** $2,000,000.00   (per case limit)  
**Separate Bond:** N/A

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Money Market<br>Account Balance |
|---|---|---|---|---|---|---|---|
| | | | ACCOUNT TOTALS | | 13,061.00 | 13,061.00 | $0.00 |
| | | | Less: Bank Transfers | | -83,042.08 | 0.00 | |
| | | | **Subtotal** | | **96,103.08** | **13,061.00** | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$96,103.08** | **$13,061.00** | |

{} Asset reference(s)

Printed: 12/08/2010 09:12 AM     V.12.54

Exhibit 9

# Form 2

## Cash Receipts And Disbursements Record

Page: 5

| **Case Number:** | 95-5-3225-JS | | **Trustee:** | MARC H. BAER, TRUSTEE (400090) |
|---|---|---|---|---|
| **Case Name:** | DALE'S AUTO CARE, INC. | | **Bank Name:** | JPMORGAN CHASE BANK, N.A. |
| | | | **Account:** | ***-*****28-68 - Checking Account |
| **Taxpayer ID #:** | **-***8239 | | **Blanket Bond:** | $2,000,000.00   (per case limit) |
| **Period Ending:** | 12/08/10 | | **Separate Bond:** | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| (No Transactions on File for this Period) | | | ACCOUNT TOTALS | | 0.00 | 0.00 | $0.00 |
| | | | Less: Bank Transfers | | 0.00 | 0.00 | |
| | | | **Subtotal** | | **0.00** | **0.00** | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$0.00** | **$0.00** | |

{} Asset reference(s)

Printed: 12/08/2010 09:12 AM    V.12.54

## Form 2

## Cash Receipts And Disbursements Record

Page: 6

**Case Number:** 95-5-3225-JS
**Case Name:** DALE'S AUTO CARE, INC.

**Taxpayer ID #:** **-***8239
**Period Ending:** 12/08/10

**Trustee:** MARC H. BAER, TRUSTEE (400090)
**Bank Name:** The Bank of New York Mellon
**Account:** 9200-******28-67 - Money Market Account
**Blanket Bond:** $2,000,000.00  (per case limit)
**Separate Bond:** N/A

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Money Market<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 03/02/10 | | Wire in from JPMorgan Chase Bank, N.A. account ********2867 | Wire in from JPMorgan Chase Bank, N.A. account ********2867 | 9999-000 | 83,042.08 | | 83,042.08 |
| 03/02/10 | 11003 | MRSC INSURANCE PARTNERS, LLC | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 03/02/2010 FOR CASE #95-5-3225-JS | 2300-000 | | 68.71 | 82,973.37 |
| 03/31/10 | Int | The Bank of New York Mellon | Interest posting at  0.0700% | 1270-000 | 4.77 | | 82,978.14 |
| 04/30/10 | Int | The Bank of New York Mellon | Interest posting at  0.0700% | 1270-000 | 4.77 | | 82,982.91 |
| 05/11/10 | {7} | ALLAPATTAH DFC CLASS ACTION SETTLEMENT FUND | EXXON CLASS ACTION SETTLEMENT PROCEEDS | 1249-000 | 8,101.72 | | 91,084.63 |
| 05/28/10 | Int | The Bank of New York Mellon | Interest posting at  0.0700% | 1270-000 | 5.23 | | 91,089.86 |
| 06/30/10 | Int | The Bank of New York Mellon | Interest posting at  0.0700% | 1270-000 | 5.24 | | 91,095.10 |
| 07/27/10 | Int | The Bank of New York Mellon | Current Interest Rate is  0.0700% | 1270-000 | 4.54 | | 91,099.64 |
| 07/27/10 | | To Account #9200******2868 | MONEY MARKET CLOSE-OUT | 9999-000 | | 91,099.64 | 0.00 |

|  |  | ACCOUNT TOTALS | 91,168.35 | 91,168.35 | $0.00 |
|---|---|---|---|---|---|
|  |  | Less: Bank Transfers | 83,042.08 | 91,099.64 | |
|  |  | **Subtotal** | 8,126.27 | 68.71 | |
|  |  | Less: Payments to Debtors | | 0.00 | |
|  |  | **NET Receipts / Disbursements** | **$8,126.27** | **$68.71** | |

{} Asset reference(s)

Printed: 12/08/2010 09:12 AM    V.12.54

Exhibit 9

# Form 2

## Cash Receipts And Disbursements Record

Page: 7

| Case Number: | 95-5-3225-JS | | Trustee: | MARC H. BAER, TRUSTEE (400090) |
|---|---|---|---|---|
| Case Name: | DALE'S AUTO CARE, INC. | | Bank Name: | The Bank of New York Mellon |
| | | | Account: | 9200-******28-68 - Checking Account |
| Taxpayer ID #: | **-***8239 | | Blanket Bond: | $2,000,000.00 (per case limit) |
| Period Ending: | 12/08/10 | | Separate Bond: | N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Checking Account Balance |
| 07/27/10 | | From Account #9200******2867 | MONEY MARKET CLOSE-OUT | 9999-000 | 91,099.64 | | 91,099.64 |
| 07/28/10 | 10101 | CLERK U.S. BANKRUPTCY COURT | Dividend paid 100.00% on $260.00, Clerk of the Court Costs (includes adversary and other filing fees); Reference: | 2700-000 | | 260.00 | 90,839.64 |
| 07/28/10 | 10102 | CAPLAN & CO., P.A. | Dividend paid 100.00% on $4,410.00, Accountant for Trustee Fees (Other Firm); Reference: | 3410-000 | | 3,445.00 | 87,394.64 |
| 07/28/10 | 10103 | MARC H. BAER, TRUSTEE | Dividend paid 100.00% on $8,732.23, Trustee Compensation; Reference: | 2100-000 | | 7,428.54 | 79,966.10 |
| 07/28/10 | 10104 | MARC H. BAER, TRUSTEE | Dividend paid 100.00% on $321.17, Trustee Expenses; Reference: | 2200-000 | | 164.40 | 79,801.70 |
| 07/28/10 | 10105 | NATIONAL RECOVERY SERVICE | Dividend paid 100.00% on $31,894.45, Collection Agent for Trustee Fees; Reference: | 3991-320 | | 31,894.45 | 47,907.25 |
| 07/28/10 | 10106 | MARYLAND DEED | Dividend paid 100.00% on $1,696.59; Claim# 3; Filed: $1,696.59; Reference: | 5800-000 | | 1,696.59 | 46,210.66 |
| 07/28/10 | 10107 | COMPTROLLER OF THE TREASURY | Dividend paid 100.00% on $8,197.73; Claim# 5; Filed: $8,197.73; Reference: | 5800-000 | | 8,197.73 | 38,012.93 |
| 07/28/10 | 10108 | EXXON COMPANY USA | Dividend paid 100.00% on $7,753.24; Claim# 4; Filed: $7,753.24; Reference: Stopped on 11/08/10 | 7100-000 | | 7,753.24 | 30,259.69 |
| 07/28/10 | 10109 | THE GEORGE FALTER CO. | Dividend paid 100.00% on $1,434.44; Claim# 7; Filed: $1,434.44; Reference: | 7100-000 | | 1,434.44 | 28,825.25 |
| 07/28/10 | 10110 | ALGER ELECTRIC, INC | Dividend paid 100.00% on $167.16; Claim# 8; Filed: $167.16; Reference: | 7100-000 | | 167.16 | 28,658.09 |
| 07/28/10 | 10111 | HARBOR LEASING ASSOC. | Dividend paid 100.00% on $885.49; Claim# 9; Filed: $885.49; Reference: | 7100-000 | | 885.49 | 27,772.60 |
| 07/28/10 | 10112 | CAPLAN BROTHERS, INC. | Dividend paid 100.00% on $1,875.68; Claim# 10; Filed: $1,875.68; Reference: | 7100-000 | | 1,875.68 | 25,896.92 |
| 07/28/10 | 10113 | SAFTY-KLEEN, INC. | Dividend paid 100.00% on $516.09; Claim# 11; Filed: $516.09; Reference: | 7100-000 | | 516.09 | 25,380.83 |
| 07/28/10 | 10114 | R. H. SNOWMAN & SONS, INC. | Dividend paid 100.00% on $1,169.80; Claim# 12; Filed: $1,169.80; Reference: | 7200-000 | | 1,169.80 | 24,211.03 |
| 07/28/10 | 10115 | COMPTROLLER OF THE TREASURY | Dividend paid 100.00% on $780.09; Claim# 6; Filed: $780.09; Reference: | 7300-000 | | 780.09 | 23,430.94 |
| 07/28/10 | 10116 | MARYLAND DEED | Dividend paid 100.00% on $1,623.88; Claim# 3I; Filed: $1,623.88; Reference: | 7990-000 | | 1,623.88 | 21,807.06 |
| 07/28/10 | 10117 | EXXON COMPANY USA | Dividend paid 100.00% on $7,420.94; Claim# 4I; Filed: $7,420.94; Reference: | 7990-000 | | 7,420.94 | 14,386.12 |

Subtotals : $91,099.64   $76,713.52

{} Asset reference(s)                                    Printed: 12/08/2010 09:12 AM    V.12.54

Exhibit 9

# Form 2

## Cash Receipts And Disbursements Record

Page: 8

| Case Number: | 95-5-3225-JS | | Trustee: | MARC H. BAER, TRUSTEE (400090) |
|---|---|---|---|---|
| Case Name: | DALE'S AUTO CARE, INC. | | Bank Name: | The Bank of New York Mellon |
| | | | Account: | 9200-******28-68 - Checking Account |
| Taxpayer ID #: | **-***8239 | | Blanket Bond: | $2,000,000.00 (per case limit) |
| Period Ending: | 12/08/10 | | Separate Bond: | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| | | | Stopped on 11/08/10 | | | | |
| 07/28/10 | 10118 | COMPTROLLER OF THE TREASURY | Dividend paid 100.00% on $7,846.38; Claim# 5I; Filed: $7,846.38; Reference: | 7990-000 | | 7,846.38 | 6,539.74 |
| 07/28/10 | 10119 | COMPTROLLER OF THE TREASURY | Dividend paid 100.00% on $746.66; Claim# 6I; Filed: $746.66; Reference: | 7990-000 | | 746.66 | 5,793.08 |
| 07/28/10 | 10120 | THE GEORGE FALTER CO. | Dividend paid 100.00% on $1,372.96; Claim# 7I; Filed: $1,372.96; Reference: | 7990-000 | | 1,372.96 | 4,420.12 |
| 07/28/10 | 10121 | ALGER ELECTRIC, INC | Dividend paid 100.00% on $160.00; Claim# 8I; Filed: $160.00; Reference: | 7990-000 | | 160.00 | 4,260.12 |
| 07/28/10 | 10122 | HARBOR LEASING ASSOC. | Dividend paid 100.00% on $847.54; Claim# 9I; Filed: $847.54; Reference: | 7990-000 | | 847.54 | 3,412.58 |
| 07/28/10 | 10123 | CAPLAN BROTHERS, INC. | Dividend paid 100.00% on $1,795.29; Claim# 10I; Filed: $1,795.29; Reference: | 7990-000 | | 1,795.29 | 1,617.29 |
| 07/28/10 | 10124 | SAFTY-KLEEN, INC. | Dividend paid 100.00% on $493.97; Claim# 11I; Filed: $493.97; Reference: | 7990-000 | | 493.97 | 1,123.32 |
| 07/28/10 | 10125 | R. H. SNOWMAN & SONS, INC. | Dividend paid 100.00% on $1,119.66; Claim# 12I; Filed: $1,119.66; Reference: | 7990-000 | | 1,119.66 | 3.66 |
| 07/28/10 | 10126 | U.S. Bankruptcy Court | COMBINED SMALL CHECK | 8200-000 | | 3.66 | 0.00 |
| 11/08/10 | 10108 | EXXON COMPANY USA | Dividend paid 100.00% on $7,753.24; Claim# 4; Filed: $7,753.24; Reference:<br>Stopped: check issued on 07/28/10 | 7100-000 | | -7,753.24 | 7,753.24 |
| 11/08/10 | 10117 | EXXON COMPANY USA | Dividend paid 100.00% on $7,420.94; Claim# 4I; Filed: $7,420.94; Reference:<br>Stopped: check issued on 07/28/10 | 7990-000 | | -7,420.94 | 15,174.18 |
| 11/08/10 | 10127 | CLERK, US BANKRUPTCY COURT | REISSUED CHECK FROM STALE CHECK PROCESSING | | | 15,174.18 | 0.00 |
| | | EXXON COMPANY USA | Dividend paid 100.00% 7,753.24 on $7,753.24; Claim# 4; Filed: $7,753.24; Reference: | 7100-001 | | | 0.00 |
| | | EXXON COMPANY USA | Dividend paid 100.00% 7,420.94 on $7,420.94; Claim# 4I; Filed: $7,420.94; Reference: | 7990-001 | | | 0.00 |
| | | | ACCOUNT TOTALS | | 91,099.64 | 91,099.64 | $0.00 |
| | | | Less: Bank Transfers | | 91,099.64 | 0.00 | |
| | | | Subtotal | | 0.00 | 91,099.64 | |
| | | | Less: Payments to Debtors | | | 3.66 | |
| | | | NET Receipts / Disbursements | | $0.00 | $91,095.98 | |

{} Asset reference(s)

Printed: 12/08/2010 09:12 AM    V.12.54

Exhibit 9

# Form 2

Page: 9

## Cash Receipts And Disbursements Record

**Case Number:** 95-5-3225-JS  
**Case Name:** DALE'S AUTO CARE, INC.

**Taxpayer ID #:** **-***8239  
**Period Ending:** 12/08/10

**Trustee:** MARC H. BAER, TRUSTEE (400090)  
**Bank Name:** The Bank of New York Mellon  
**Account:** 9200-******28-68 - Checking Account  
**Blanket Bond:** $2,000,000.00   (per case limit)  
**Separate Bond:** N/A

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br><br>Paid To / Received From | 4<br><br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|

| TOTAL - ALL ACCOUNTS | Net Receipts | Net Disbursements | Account Balances |
|---|---|---|---|
| MMA # ***-*****28-65 | 5,536.85 | 441.99 | 0.00 |
| Checking # ***-*****28-66 | 0.00 | 5,094.86 | 0.00 |
| MMA # ***-*****28-67 | 96,103.08 | 13,061.00 | 0.00 |
| Checking # ***-*****28-68 | 0.00 | 0.00 | 0.00 |
| MMA # 9200-*****28-67 | 8,126.27 | 68.71 | 0.00 |
| Checking # 9200-******28-68 | 0.00 | 91,095.98 | 0.00 |
|  | **$109,766.20** | **$109,762.54** | **$0.00** |

{} Asset reference(s)

Printed: 12/08/2010 09:12 AM   V.12.54